EAG:DCP
F. #2014R00240

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

BAOCHENG HUANG and
ZHEMIN JIN,
    also known as "TK,"

                     Defendants.

- - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 14-318 (S-2) (DLI)
(T. 18, U.S.C., §§ 1512(b), 1951(a), 2 and 3551 et seq.)

FILED
CLERK

2015 AUG -4 PM 3:37

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

THE GRAND JURY CHARGES:

## COUNT ONE
(Extortion Conspiracy)

1. On or about and between February 4, 2014 and March 12, 2014, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants BAOCHENG HUANG and ZHEMIN JIN, also known as "TK," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and their coconspirators agreed to obtain property, to wit: the property of a commercial business, from John Doe #1, an individual whose identity is known to the Grand Jury, with his

2

consent, which consent was to be induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Attempted Extortion)

2. On or about and between February 4, 2014 and March 12, 2014, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants BAOCHENG HUANG and ZHEMIN JIN, also known as "TK," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others attempted to obtain property, to wit: the property of a commercial business, from John Doe #1, with his consent, which consent was to be induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Witness Tampering)

3. On or about and between April 1, 2014 and June 30, 2015, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ZHEMIN JIN, also known as "TK," together with others, did knowingly and intentionally attempt to use intimidation and corruptly persuade, and engage in misleading conduct toward, John Doe #1, with intent to (a) influence, delay and prevent the testimony of John Doe #1 in an official proceeding, to wit: United States v. Zhemin Jin, criminal docket number 14-318, pending in the United States District Court for the Eastern District of New

York ("Jin"), and (b) cause and induce John Doe #1 to withhold testimony from an official proceeding, to wit: Jin.

(Title 18, United States Code, Sections 1512(b), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*[signature]*
KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2014R00240
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*BAOCHENG HUANG* and
*JIN ZHEMIN*, also known as "TK,"

Defendants.

# SUPERSEDING INDICTMENT

(T. 18 U.S.C., §§ 1512(b), 1951(a), 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*David C. Pitluck, Assistant U.S. Attorney (718) 254-6108*